UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10232 FMO (PDx) | Date | September 23, 2021 |
|---|---|---|---|
| Title | Pamela Rolle v. Allegiant Air, LLC | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of June 10, 2021, the parties were required to complete a settlement conference before a private mediator no later than **September 16, 2021**. (See Dkt.19, Court's Order of June 10, 2021, at 2). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See Dkt. 11, Court's Order of February 3, 2021, at 4). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **September 29, 2021**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of February 3, 2021. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |