UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-10232-SSS-PDx | Date | August 11, 2023 |
| Title | *Pamela Rolle v. Allegiant Air, LLC* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew Roland Bainer | Brendan T. Killeen |
| | Andrew P. Frederick |

**Proceedings:** **ZOOM HEARING RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [Dkt. 60] & MOTION FOR ATTORNEYS' FEES AND COSTS OF CLASS COUNSEL AND CLASS REPRESENTATIVE SERVICE PAYMENTS [Dkt. 61]**

Counsel state their appearances. The Court confers with counsel regarding the motions. For the reasons stated on the record, the Court **ORDERS** as follows:

1. The motion for final approval [Dkt. 60] and motion for award of attorneys' fees and costs [Dkt. 61] are **GRANTED**. Separate Orders and Judgment shall be issued.

2. Class Counsel is **DIRECTED** to file a final report and declaration regarding distribution no later than February 2, 2024.

3. The Court hereby **SETS** a Non-Appearance Re: Distribution hearing on February 9, 2024, at 2:00 p.m., in Courtroom 2. This hearing may be vacated, if the Court finds the final report acceptable.

**IT IS SO ORDERED.**

Time: 00:06
Initials of Preparer: iv